FEB 07 2008

**RECEIVED**

FEB 07 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

*Wallace R. Smith*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV816
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

vs.

*Kankakee County Hospital Dist.*
*Kankakee County, Sue Lecuyer, ap*
*Kankakee County Sheriff Dept.*
*Sheriff Timothy F. Bakowski*
*Chief Downey, Supervisor, Clyde Dayhoff, DO*
*Nurse Jean Fayette Nurse Debbra Hecarty, RS Jeffery Coss, mD*
*Female Physicas Assistan, Kristy Patterson*

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

__X__ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Wallace R. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                          Case No:_____
                             (To be supplied by the Clerk of this Court)

OAKS ORTHOPEDIC Boynbows, LZ
    Carey Ellis
Do cton Harvey Doctor,
Corcorof
Cococora, US Marshal/Service

Kim Wyckup, us marshal, northern District LZ

Federal Bureay of Prisons

Doctor Harvey, MS LAMPins
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code** (state, county, or municipal defendants)

  X       **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Wallace R. Smith
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.                Case No:_____
                                       (To be supplied by the Clerk of this Court)

Board Members Advisors
Representives, Known or unknown, suspected
or unsuspected actual or contingent
threeaftened, asseated or
un asseated, Cindy Last (name unknow)
Oak orthO - Laynie Eheart Hospital DISTNCf
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code** (state, county, or municipal defendants)

  X        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
_____    28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.   Name: Wallace R. Smith

B.   Date of Birth: March 28, 1954

C    List all aliases: Charles W. Smith

D.   Prisoner identification number: 18720-424

E.   Place of present confinement: MCC-Chicago

F.   Address: 71 W. Van Buren St, Chicago, IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.   Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Timothy F. Bukowski

Title: Sheriff

Place of Employment: Kankakee County

B.   Defendant: Chief Downey

Title: Chief Kankakee County Jail

Place of Employment: Kankakee County Sheriff's

C.   Defendant: Nurse Syphorgo Jane, Nurse Debbie McCann, Sue Lecuyer

Title: Nurse Supervisor, Nurse, Nurse, Nurse

Place of Employment: Kankakee County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

I.    **Plaintiff(s):**

    A.    Name: _____

    B.    Date of Birth: _____

    C    List all aliases: _____

    D.    Prisoner identification number: _____

    E.    Place of present confinement: _____

    F.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: ① DR Carey ELLIS, ② DR CORCORAN, Cindy -LAST name unknown ③

            Title: ① Doctor ② Doctor, ③ unknown

            Place of Employment: OAKS ORTHOPEDIC

    B.    Defendant ① OAKS ORTHOPEDIC, ② Kankakee Hospital District

            Title: _____

            Place of Employment: OAKS OrthoPedic

    C.    Defendant: Warden Wilson

            Title: Warden

            Place of Employment: MCC- Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

I.    **Plaintiff(s):**

    A.    Name: _____

    B.    Date of Birth: _____

    C    List all aliases: _____

    D.    Prisoner identification number: _____

    E.    Place of present confinement: _____

    F.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: ①Unknown Female Kristy Patterson ② 'Clyde Dahaf, ③ Jeffrey Long

        Title: ① Physician's Assistant, ② Doctor, ③ Doctor

        Place of Employment: Kankakee County Jail

    B.    Defendant: Kim Wyckup

        Title: U.S. Marshal Northern District Illinois

        Place of Employment: US marshal Service

    C.    Defendant: ① Doctor Harvey, ② Ms Lamping

        Title: ① Doctor, ② Administrator

        Place of Employment: MCC - Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ① *Charles W. Smith v Dominick's Finer Foods* ② *Charles W Smith V Terry McCaine et all 07 C 5135*

B. Approximate date of filing lawsuit: *1-6/2005 / 9/17/2007*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *① Charles W. Smith ② Charles W. Smith*

D. List all defendants: *① Dominick's Finer Foods Terry McCaine et all*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *① Northern District ② Northern District*

F. Name of judge to whom case was assigned: *① Judge Hart ② Judge Manning*

G. Basic claim made: *① Violations work Rule(s) ② Inadequate or unjust Treatment*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *① Pending ② Pending*

I. Approximate date of disposition: *None*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

Now Comes Plaintiff Wallace R. Smith, filing
lawsuit versus the following. County of Kankakee,
Sherriff Timothy F. Buckowski; Chief Downey
Supervisor Nurse Jane, Pheocle Patterson, Nurse Debbie, mccart j Kristy patterson Linda male
Physicians Assistant. Sherriff's Past + Present, Employees,
Board Members, attorney's, Advisors, Consultants, Representatives,
Whether Known or Unknown, Suspected, or unsuspected threatened,
asserted, or unasserted, actual or contingent. Doctor Ellis,
Doctor Cocroron, Oaks Orthopedic, Bourbonis, IL, Cindy, Oaks ortho
United States Marshal, Kim Wickup, Northern District
Illinois, US Marshal Service, Federal Bureau Prison,
Doctor Harvey. ms. Lampire, Laurie Ehears,
On April 16, 2007 Plaintiff Wallace R. Smith was
placed in the custody of the United States Marshal Service.
Marshal Service Warehoused Smith, at the Kankakee
County Jail, Kankakee, IL. Due to Plaintiff's Severe
medical, Physical + Mental Health Plaintiff never
should have been warehouse at Kankakee. Marshal's

Wallace R. Smith

4A

**IV.    Statement of Claim:** Continued

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

OAKS ORTHOPEDIC, Doctor's ELLIS, Cockonon + Cindy discriminated against Plaintiff due to his status as an inmate. If Plaintiff was not an inmate he would not have been denied treatment. Plaintiffs Rights have been egregiously denied. In addition OAKS ORTHOpedic, Doctor's ELLIS, Cockonon, Cindy Chief Downey, Nurse Jane, Jeap Debbie/Sue, Sheriff Bukowski, Kankakee County, US Marshal Kim Wykup, US marshal service, entered into a conspiracy to deny Plaintiff his Rights to proper medical care. Plaintiff still has not had the Surgery causing Plaintiff additional + unnecessary suffering. On On About August 30, 2007 Sixteen Vicodins Prescribed for the Plaintiff disappeared. Causing Plaintiff great pain without relief. medicines was stolen at Kankakee, Complained, but did not Receive a Reply. Back XRAys revealed degenerative disc disease. Pain was so Severe Plaintiff could not walk or breath properly. Once again due to Wallout L...

4 b

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Doctor Harvey, Ms. Marshall WYCUP and the Federal Bureau of Prisons are Conspiring to deny Plaintiff his Rights to Receive adequate and proper medical care.

Plaintiff is not being treated for the severe pain he suffers due to his disability. Plaintiff has not received proper care for his left shoulder, hands + right wrist. Plaintiff constantly make request but Doctor Harvey, choses to ignore the Plaintiff due to race. The pain is so severe Plaintiff can't sleep and has difficulty ambulating. Doctor Harvey discriminates against Plaintiff due to Race. Therefore Plaintiff Seeks + Prays For a Judgement for Pain + Suffering Punitive Damages For the outright disregard For the Plaintiffs rights by the Defendants

Wallen L Austin

4C

Revised 5/2007

# AFFIDAVIT
## BY
## WALLACE R. SMITH

## V. Statement of Claim :

Plaintiff files in the official and individual capacity of the Defendants who are listed as Persons in this action. Plaintiff files in the official capacity in Regards to the United States Marshal Service, Federal Bureau of Prisons, Kankakee County Sheriffs, Kankakee County, Oaks Orthopedic. Plaintiff states equitable Relief sought and makes demand for a jury trial. Plaintiff has been in the Joint custody of Kankakee County Sheriffs, United States Marshal Service, Federal Bureau of Prisons

1. Plaintiff has been in the custody of the United States Marshal Service since April 16, 2007 at which time Plaintiff was where housed at Jerome Combs Detention Center. In the custody of the Kankakee County Sheriffs. Plaintiff was housed in general population with state inmates and was exposed to violence, threats and various unchecked medical conditions.

2. Plaintiff was transfered to MCC-Chicago on Sept. 6, 2007. After filing numerous Medical Grievances, Complaints, that went unanswered. The Plaintiff is presently in the care of the Federal Bureau of Prisons

3. Plaintiff has severe medical issues, and Physical disability and ailments

4 Plaintiff brought to the attention these issues to the Medical Staff at Jerome Combs Detention Center, and the MCC-Chicago upon being admitted to each facility Plaintiff was screened.

5 All Defendants deliberately and were indifferent to Plaintiffs Serious Medical And Physical Needs Said Defendants failed to take remedial action after Serious Medical And Physical Needs was brought Forth.

6 Defendants failed to provide adequate medical care in violation of Eighth, Fourteenth Amendment Rights, Due Process and Liberty Interest violations

7 As a result of these and more violations Plaintiff suffered pain, emotional distress, future medical complications are expected.

8 Delayed Medical Care by all parties in that the policy at the Bureau of Prisons, Kankakee County, is inadequate and caused injury to Plaintiff Plaintiff seeks a Monell Claim against BOP, and all claims against Kankakee County.

9 Federal Prisoner, Medical Care is inadequate as well as Kankakee County, Violated Plaintiffs Constitutional Rights of the Eighth and Fourteenth amendments. The Bureau of Prisons, Kankakee County, US Marshal Service, failed to take Remidial action after Known Serious Medical and Physical conditions were brought forth

10 Marshel, Kankakee Policy and medical Care
Standards are in violation of Constitutional Standards
and Federal, State Statues, Laws, And Regulations.

11 Marshel + Kankakee Policy and medical Standards
are in Place and not followed making
the policies inadequate and worthless

12 Marshel Policy and Kakakee Policy has caused injury
to plaintiff Great Pain And Suffering, mental Anguish,
and future harm and Death.

13 Pain Medication was Denied and Requests ignored
for Pain Medication from April till present.

14 Plaintiff was delayed medical Care with Great Pain
and suffering for Non Medical Purpose and No Penological
Justification.

15 Plaintiff experienced extreme pain and suffering
after being incompetently treated by Contractor of the
Gouernment

16 Sick Calls Slips, Cop-outs, Grievances were ignored
at Kankakee, and MCC-Chkigo Causing Plaintiff
unbearable Pain and suffering and Mental Anguish.

17 Letters to Chief Downey, Kankakee, Warden Wilson,
MCC-Chicago and US Marshal Kim chy/cop went ignored

18  Other Federal Prisoners have similar stories
in Regards to lack of adequate medical care causing
serious injuries, cronic conditions that cause pain and
suffering, and mental anguish

19  Kankakee County, US marshal Service has a history
of Inmate ignored medical needs And has shown
a pattern of inadequate policy and treatments

20  Plaintiff has fear of worsening medical and
Physical conditions and even death causing
severe Mental anguish. As a Result of the
eight amendment Violations suffered by the hands of
all Defendants

21  Plaintiff was treated unprofessionaly by all
Defendants

22  All medical + Physical ailments have increased
severly since my incarceration causing severe
emotional distress.

23  US Marshal Service, Kankakee Sheriffs Department,
Kankakee County, are Negligent in Allowing untrained,
unlicensed, Correction al Officers to dispense
medications including insulin to inmate. In direct
violation of Federal, and State statues. The incompetence
of the untrained, licensed, Correctional Officers, has
caused mistakes in dispensing of Plaintiffs medication
In addition to errored dispensig of Plaintiffs Blood
Pressure, and Diabetic medication to another inmate

Curtis Smith. When mistakes in dispensing of medications was made, The mistake could not be immediatly remedyed due to the fact the Correctional Officers are unlicensed and untrained. Causing Plaintiff undue delay in receiving medications Such as days without proper medications. Causing the Plaintiff Illness, Pain, Emotional stress and the possibility of Long term consequences

24 The US Marshal Service and The Federal Bureau of Prisons are negligent allowing Defendant Doctor, Paul Harvey to dispense inadequate medication or none to treat his ailments or Pain

25 Since Plaintiff has been incarcerated in MCC-Chicago Plaintiff has been diagnosed with anemia due to inadequate medical care, and medicines

26 Plaintiff continues to be treated un professionaly by all Defendants

23 Defendants continue to make cruel and humilating remarks that results in dileberately indiffrent medical treatment.

The Plaintiff further alleges that all Defendants were

1 Negligent

2 Breached their Fiducary Duties

3 Committed Fraud

4 Medical Malpractice

5 Conspiracy

6 RICO

7 Intentional Inflication of Emotional Distress

8 Heinious Torture

On or about 06/07/2007 at 4PM Plaintiff observed incorrect medications in the pocket. Two Diabetic pills were missing + Replaced with Blood Pressure medications. This mistake could have been deadly. I advised office c/o Pannell who advised he knew nothing about medicines. That was not his Job!!! I went the whole weekend without Diabetic medications due to the unavailability of the Medical staff. I had severe headaches, vomiting and nausea. On June 29, 30, 2007 4p.m. Receipt of my 4PM medicine packets one pill was missing, High Blood Pressure Pill Called Lopressor. C/o Brass witnessed the Act. Once again I went for two days without proper medications. I was sick the both days head aches, eye pain. During my stay at Kan Kakee this happened again on July 30, 2007. On or About August 15, 2007 at 4PM my packer of medicine two Blood Pressure, Two Diabetic Pills was given to Federal Inmate Curtis Smith. Curtis Smith, does not need these medications. He could have died. Further more, Plaintiff, did not receive his medications. Karkakee County, Chief Downey, Sheriff Bukowski, Sheriffs department, USMarshal Kim wykap, US Marshal Service are all aware of the Negligence regarding the dispensing of medications to inmates. Correction officers are not Licensed or trained to dispense medications. Yet all the Above Allow this to continue unchecked. Placing all inmates in Harms way. Nurse Debbie McCrach, without Authorization She is prohibited by Law, upped this Plaintiff's Insulin units, only a Physician or Assistant may do this. She once again caused me to be sick.

Plaintiff was sent to Oaks Orthopedics, Bourbonis, IL at which time he was seen by Doctor Ellis. Doctor Ellis Administered Contezone shots to Left shoulder + Both Hands. He ordered an MRI. OAKS orthopedics Discriminated against Plaintiff when he was denied An MRI by Cindy Due to his inmate Status. Plaintiff Suffered needlessly for three weeks when ST Mary's Performed MRI, on his Left Shoulder. Results revealed impingement syphтом and torn rotator cuffs. Dr Ellis Recommended surgery on Left shoulder + Both hands. Dr Ellis Prescribed the pain Medication Vicodin for the Severe pain. Dr Ellis recommended I see his Associate Doctor Cockonos, who would perform the surgery. on August 04, 2007 Plaintiff was taken to Oaks Orthopedics in order to be examined by Dr. Cockonos, Dr surgery. Dr Cockonos refused to examine the Plaintiff. when I requested to speak with him he Refused. I asked his Assistant why? She advised he does not examine inmates, and he would not talk with me. I was taken back to Defention Center. No follow up appt. was scheduled. To this day

Wallace + L   (59) I have not had surgery. I continue to suffer weekly

Service was Negligent (GROSSLY) when Smith was Warehoused at
Kankakee Manshal's Service was well aware of the Negligent
Medical Care, and NO Mental Healthcare at Kankakee.
Due to the numerous Lawsuits filed by other previously
warehoused Inmates. On on About APRIL 20, 2007 I was
Scheduled to visit with a Physician. When Plaintiff was
taken to Medical, he was told that Female (Kristy Patterson) that would
examine him was a Physician. Which was a ball
face lie, in actuality she was a Physician's Assistant.
On OR about May 28 (4/25/07), 2007 BloodLabs was drawn due
to my serious medical health. Nurse Debbie attempted to start
an intravenous line. She attempted eight times. She was
Unsuccessful the pain was dreadful. Nurse Debbie (McART)
smelled of Alcohol, I demanded she stop. Nurse Jean (McART) (Flanagle)
completed the task in one try. When I told her Nurse
Debbie (McART), Smelled of Alcohol and her eyes was bloodshot
Nurse Jean (Flanagle) Just laughed and stated "That's Nurse Debbie"
On on About June 15, 2007 Test Results Revealed that
Plaintiffs Kidney's were failing. The Female (Patterson) Physicians
Assistant Read the Results INCORRECTLY and advised the
Kidney's are fine. Subsequently she left me on two
medications that are adverse to the Kidneys, Two weeks
letter when she Realized her error the PA took Plaintiff
off the Two medications. way to Late
Oaler + ___ 5 A
                over

the conspiracy between parties Plaintiff was
left to suffer severe pain and did not
receive treatment. Once again violating the
Plaintiff's Right to Receive proper medical care.
On Sept 6, 2007 Plaintiff was transfred from
Kankakee, County Jail to MCC-chicago.
Kankakee, County Jail has a Policy that inmates
effects must be retrieved in thirty day from
the time of transfer including any Comissary that
was ordered. Plaintiff had thirty/Brand new books
Left at Kankakee C/O COKSY advise Plaintiff, that he
Packed books and stored them. In addition 23+dollars
worth of Commissary. I signed a Receipt that MS.
Kari J. Sweeney would pickup my effects withing 30 day.
MS. Sweeney made three trips to Jerome Combs,
Detention Center in order to retrieve Plaintiffs effects.
MS. Sweeney never received Books or Comissary She
was told that books, Commissary could not be located.
Plaintiff sent letters return Receipt to Chief Downey,
Sheriff Backowski, marshal wyckup. Plus numerous calls
from MS Sweeney that Plaintiffs effects were
missing, and that Plaintiff wanted his books Commissary
or to be reimbursed. Plaintiff or MS Sweeney
w allow in            oora

5

has still not received any response. Plaintiff further
requested that an investigation be initiated as to the
theft of Plaintiff's personal effects, STILL NO RESPONSE.
Plaintiff finds that the theft of his property while in the
custody of a Law Enforcement agency is ludicrous and
that a cover up is going on. Once again Plaintiff's
rights have been violated and the conspirators don't care
Plaintiff want full reimbursement for his property including GPS
+tolls plus damages. I further request that a true investigation
be initiated into the theft of the Vicodin
Since
Sept. 6, 2007 Plaintiff has been housed at
MCC-Chicago. Plaintiff's medical care continues to
be negligent. Doctor Harvey, who is African American
discriminates against Plaintiff due to his Race.
Doctor Harvey, provides better care and treatment toward
African American, Inmates, then he does for Caucasian Inm
Namely the Plaintiff. Plaintiff has been diagnosed as
anemic, with high cholesterol. Doctor Harvey refuses to
address these serious issues. In addition the Plaintiff
has had surgery, in the past to Remove Basil cell Melomas
malignant melonomes.
Plaintiff now has growths that Doctor Harvey refuses to send
Plaintiff to see a specialist. The lack of treatment could be
fatal to the Plaintiff. In addition plaintiff is an Insulin
dependent diabetic with a severe deformity to his
Right foot + Ankle, + Toes. In addition Plaintiff is missing
one Blood vessel in his Right foot. Plaintiff has requested
in writing + verbal for numerous occasions to be sent to a specialist
for his foot condition. Doctor Harvey Refuses. Yet he sent
another Inmate who is African American to A specialist
for Bunions. Plaintiff is at high risk for amputation due to
his deformity loss of Blood vessel and Diabetes. Yet Doctor Harvey
continues to discriminate against Plaintiff due to Plaintiff's
Race. Wallace R. Jm

Plaintiff has sent a request to Ms Lamping's Requesting that Plaintiffs Medical Care, be Switched from Doctor, Harvey, to the other Physcied on Staff. In addition better Plaintiff further advised Ms Lampers Regarding Plaintiffs feeling his Medical care is lacking. Furthermore, Plaintiff requested to see a Physcied, Regarding concerns about his medical condition, care, medicines, disability. Plaintiff was Scheduled on Dec. 14, 2007 @ 1300hrs. Plaintiff was not even seen by a Physcied Assistant, but an unknow white male RN. THE RN was a temp who was Nasty, unproffesionel, Sarcastic, and did not address Plaintiff's concerns Furthermore, he advised Plaintiff that I don't care about You, You are A Con and "I will be going back to Leavenworth Prison Tommrow". He did take a Stool Sample, inorder to check my anemic condition. He refused to provide inmate with results. Due to this the untreaty anemia I am constantly tired, and I sleep all the time. On or About Dec. 17, 2007 Plaintiff Sent another Cop-out, request, to Ms Lamping. The request was once again to visit with a Physcied, inorder to discuss my concerns regarding my health issues. In addition on Dec. 17 2007 I presented another Medical Request Form. my Pleas are Just ignored.

Wallace J.

5C

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any**
**cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

BEGINING IN OR AROUND OCTOBER 17, 2007 PLAINTIFF
SENT MEDICAL SICK CALL SLIPS TO THE MEDICAL
STAFF. PLAINTIFF'S, SICK CALLS, ADVISED THAT
PLAINTIFF WAS SUFFERING EXTREME CHEST
PAINS, SHORTNESS OF BREATH. PLAINTIFF
FURTHER ADVISED THAT HE HAD PREVIOUSLY
SUFFERED CORONARY DISEASE. PLAINTIFF
ADVISED THAT HE UNDERWENT A PRIOR ANGIOPLASTY
PROCEDURE. RESULTING IN THE PLACEMENT OF
THREE STENTS IN HIS ARTERIES. PLAINTIFF FURTHER
ADVISED THAT HE SUFFERED FROM DIABETES AND
HIGH BLOOD PRESSURE. ALL OF PLAINTIFFS REQUESTS
WERE IGNORED. ON JANUARY 3, 2008 WHILE BEING
EXAMINED BY DOCTOR, PAUL HARVEY, PLAINTIFF
COMPLAINED OF SUFFERE CHEST PAIN, SHORTNESS OF
BREATH. DOCTOR, HARVEY STATED "SMITH STOP FAKING"
AND REFUSED TO ADDRESS THE SYMPTOMS. FROM JANUARY 3RD
UNTIL JANUARY 11, 2008 PLAINTIFF CONTINUED TO COMPLAIN

4

AND File MEDICAL CALL SLIPS THAT WENT IGNORED ON January 11, 2008 WHILE SPEAKING WITH CASE MANAGER, MS. MARTINEZ, I ADVISED HER THAT I WAS EXPERIENCING SEVERE CHEST PAINS, SHORTNESS OF BREATH. IMMEDIATELY, MS. MARTINEZ, PICKED UP THE PHONE AND CALLED MEDICAL. LT. CMDR. LAMPING ANSWERED THE PHONE. LT. CMDR. LAMPING, WAS THEN APPRAISED OF THE PLAINTIFFS, MEDICAL CRISIS. LT CMDR. LAMPING WAS MORE CONCERNED AS TO WHY PLAINTIFF, DID NOT COME TO MEDICAL TO RECEIVE HIS INSULIN, THAT MORNING, INSTEAD OF THE CHRISIS AT HAND AFTER SOME VERBAL RANGLING LT CMDR LAMPING ADVISED MS MARTINEZ THAT PLAINTIFF COULD COME TO MEDICAL AT 1300 HRS. DOCTOR NOWAKOWSKI, EXAMINED PLAINTIFF AND SENT HIM TO HOSPITAL PLAINTIFF WAS TAKEN TO THOREK HOSPITAL, CHICAGO, IL. FROM JANUARY 11 THRU JAN 18, TEST DONE AT THOREK REVEALED A SEVERELY CLOGGED ARTERY. ON JANUARY 18, 2008 PLAINTIFF WAS TRANSFERED TO SWEDISH COVENANT HOSPITAL, CHICAGO, IL. PLAINTIFF UNDERWENT ANGIOPLASTY TO UNCLOG ARTERIES, TWO STENTS need to be placed in PLAINTIFFS ARTERIES. PLAINTIFF WAS NOT FAKING. ON JANUARY 18, 2008 PLAINTIFF RETURNED TO MCC-CHICAGO. DOCTOR, PAUL HARVEY, CONSULTED WITH PLAINTIFF REGARDING MEDICATIONS. PLAINTIFF ADVISED DOCTOR HARVEY ABOUT the NEED FOR STOMACH MEDICATION. DOCTOR HARVEY, ASSURED PLAINTIFF THAT HE WOULD BE RECEIVING STOMACH MEDICATION PLAINTIFF DID NOT RECEIVE MEDICATION FOR 48hrs. CAUSING SEVERE STOMACH PAIN, VOMITING BLOOD, SEVERE EMOTIONAL STRESS. RIGHT ON THE HEELS OF APPROVING

5

Revised 5/2007

AN ANGIOPLASTY. PLAINTIFF WAS UNABLE TO EAT FOR 48hrs, DUE TO LACK OF STOMACH MEDICATIONS. PLAINTIFF THEN WAS UNABLE TO RECEIVE HIS REGULAR REGUIRED INSULIN. BECAUSE PLAINTIFF DID NOT WANT HIS BLOOD SUGAR TO CRASH. LACK OF INSULIN CAUSED HEADACHES, MUSCLE CRAMPS AND ANXIETY

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Requests that the Court ORDER: MCC-Chicago, US Marshal Service, Federal Bureau of Prisons, to provide the following: Surgery to Left Shoulder, Both Hands, Visit with specialists for his Severe Medical issues + Physical Disabilities, Proper Medications to ensure Plaintiffs Health. Three Million Dollars in damages. Order an Investigation into theft of Personal Effects Commisary, Prio Medications Any + ALL Other Relief the Court Deems Fit

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of Dec. , 20 07

Wallace R. Smith

(Signature of plaintiff or plaintiffs)

Wallace R Smith
(Print name)

18720-424
(I.D. Number)

Metropolitan Correctional Center
71 W. Van Buren ST.
Chicago, IL 60605
(Address)

6