**PRISONER CASE**

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** WALLACE R. SMITH

**Defendant(s):** KANKAKEE COUNTY HOSPITAL DIST., et al.
(See Pages 1-3 of Complaint)

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Wallace R. Smith
#18720-424
Metropolitan - MCC
71 West Van Buren
Chicago, IL  60605

**Defendant's Attorney:**
(For Federal Defendants Only) KC
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL  60604

FILED
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes  ☑ No

08CV816
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

**Signature:** A. E. Woodham   **Date:** 02/07/2008

Manning 07C5135
Valdez