**FILED**

**MARCH 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 07 2008

**RECEIVED**

FEB 07 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Wallace R. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV816
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

vs.

Kankakee County Hospital Dist.

Kankakee County, Sue Lecuyer

Kankakee County Sheriff Dept.

Sheriff Timothy F. Bukowski

Chief Downey, Superviser, CLYDE
DAYhoff, DO
Nurse Jean Pageau Nurse Debbra McCarty, R.N. Jeffery (consimih)
Female Physician Assistant, KRisty Patterson

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

☒    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Wallace R. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                          Case No:_____

                             (To be supplied by the Clerk of this Court)

OAKS ORTHOPEDIC Boundaris, LZ
      carey Ellis
Docton Harvey Docton,
concorop
Cocorop, US Marshal/Senvice

Kim Wyckup, usMarshal, Northern District LZ

Federal Bureau of Prisons

Docton Harvey, Ms Lampins
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

  X      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Wallace R. Smith

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

|                         vs. | Case No:_____ |
|---|---|
|  | (To be supplied by the Clerk of this Court) |

Board Members Advisors
Representive, Known or unknown suspected
or unsuspected actual or contingent
threatened, asseated or
unasseated, C. Ippy Last (name unknow)
OAK orth-Laynie Eheant Hospital District

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

X    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: Wallace R. Smith

B.    Date of Birth: March 28, 1954

C.    List all aliases: Charles W. Smith

D.    Prisoner identification number: 18720-424

E.    Place of present confinement: MCC-Chicago

F.    Address: 71 W. Van Buren St, Chicago, IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Timothy F. Bukowski

Title: Sheriff

Place of Employment: Kankakee County

B.    Defendant: Chief Downey

Title: Chief Kankakee County Jail

Place of Employment: Kankakee County Sheriff's

C.    Defendant: ① Nurse Syprongo-Jane, ② Nurse Debbie McCant, ③ Sue Lecuyer
      ① Jean Flasock, Marie Ehrent

Title: ① Nurse Supervisor, ② Nurse, ③ Nurse, ④ Nurse

Place of Employment: Kankakee County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

I.    **Plaintiff(s):**

    A.    Name: _____

    B.    Date of Birth: _____

    C    List all aliases: _____

    D.    Prisoner identification number: _____

    E.    Place of present confinement: _____

    F.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: (1) DR Carey ELLIS, (2) DR CORCORAN, Cindy - LAST name unknown

    Title: (1) Doctor (2) Doctor, (3) Unknown

    Place of Employment: OAKs ORTHOPEDIC

    B.    Defendant (1) OAKs ORTHOPEDIC, (2) Kankakee Hospital District

    Title: _____

    Place of Employment: OAKs ORTHOPEDIC

    C.    Defendant: Warden Wilson

    Title: Warden

    Place of Employment: MCC-Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

I.    **Plaintiff(s):**

    A.    Name: _____

    B.    Date of Birth: _____

    C    List all aliases: _____

    D.    Prisoner identification number: _____

    E.    Place of present confinement: _____

    F.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: ~~Unknown Female~~ ① Kristy Patterson, ② 'Clyde Dahaf, 3 Jeffrey Long

        Title: ① Physician's Assistant, ② Doctor, ③ Doctor

        Place of Employment: Kankakee County Jail

    B.    Defendant: Kim Wyckup

        Title: US Marshal Northern District Illinois

        Place of Employment: US Marshal Service

    C.    Defendant: ① Doctor Harvey, ② Ms Lamping

        Title: ① Doctor, ② Administrator

        Place of Employment: MCC - Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: ① *Charles W. Smith v Dominick's Finer Foods* ② *Charles W Smith V Tenny McCaine et all 07 C 5135*

B.   Approximate date of filing lawsuit: *1- 6/2005 / 9/17/2007*

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: ① *Charles W. Smith* ② *Charles W. Smith*

D.   List all defendants: ① *Dominick's Finer Foods* *Tenny McCaine et all*

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ① *Northern District* ② *Northern District*

F.   Name of judge to whom case was assigned: ① *Judge Hart* ② *Judge Manning*

G.   Basic claim made: ① *Violations work rules* ② *Inadequate or unjust treatment*

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ① *Pending* ② *Pending*

I.   Approximate date of disposition: *None*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Now Comes Plaintiff Wallace R. Smith, filing lawsuit versus the following. County of Kankakee, Sherriff Timothy F. Buckowski; Chief Downey, Supervisor Nurse Jane, Nurse Debbie, female Physicians Assistant. Sherriffs Past + Present, Employees, Board Members, attorney's, Advisors, Consultants, Representatives whether Known or Unknown, Suspected, or unsuspected, threatened, asserted, or un assented, actual or contingent. Doctor Ellis, Doctor Corcoron, Oaks Orthopedic, Bourbonis, IL, Cindy, Oaks ortho United States Marshal, Kim Wickup, Northern District Illinois, US Marshal Service, Federal Bureau Prisons, Doctor Harvey. Ms. Lampire, Laurie Eheart,

On April 16, 2007 Plaintiff Wallace R. Smith was placed in the custody of the United States Marshal Service. Marshal Service Warehoused Smith, at the Kankakee County Jail, Kankakee, IL. Due to Plaintiffs Severe medical, Physical + Mental Health Plaintiff never should've been warehouse at Kankakee. Marshal's

Wallace R. Smith

4A

IV.    **Statement of Claim:** Continued

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

OAKS ORTHOPEDIC, Doctor's ELLIS, Cockonon + Cindy discriminated against Plaintiff due to his status as an inmate. If Plaintiff was not an inmate he would not have been denied treatment. Plaintiffs Rights have been egregiously denied. In addition OAKS Orthopedic, Doctor's ELLIS, Cockonon, Cindy Chief Downey, Nurse Jane, Jean, Debbie, Sue, Sheriff Bukowski, Kankakee County, US Marshal Kim Wykup, us marshal service, entered into a conspiracy to deny Plaintiff his Rights to proper medical care. Plaintiff still has not had the Surgery causing Plaintiff additional + unnecessary suffering. On or About August 30, 2007 Sixteen Vicodins Prescribed for the Plaintiff disappeared. Causing Plaintiff great Pain without relief. medicines was stolen at Kankakee, Complained, but did not Receive a Reply. Back XRAys revealed degenerative disc disease. Pain was so Severe Plaintiff could not Walk or breath Properly. Once again due to

Wallout

4 b

Revised 5/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Doctor Harvey, M.S. Marshall WVCC/P and the Federal Bureau of Prisons are Conspiring to deny Plaintiff his Rights to Receive adequate and proper medical care.

Plaintiff is not being treated for the severe pain he suffers due to his disability. Plaintiff has not received proper care for his left shoulder, hands, + right wrist. Plaintiff constantly make request but Doctor Harvey, choses to ignore the Plaintiff due to race. The pain is so severe Plaintiff can't sleep and has difficulty ambulating. Doctor Harvey discriminates against Plaintiff due to race. Therefore Plaintiff seeks + prays for a Judgement for Pain + Suffering Punitive Damages for the outright disregard for the Plaintiffs rights by the Defendants

Wallar L Harrison

4

Revised 5/2007

# AFFIDAVIT
## BY
## WALLACE R. SMITH

1/28/2008

## V. Statement of Claim :

Plaintiff files in the official and individual capacity of the Defendants who are listed as Persons in this action. Plaintiff files in the official capacity in Regards to the United States Marshal Service, Federal Bureau of Prisons, Kankakee County Sheriffs, Kankakee County, Oaks Orthopedic. Plaintiff states equitable Relief sought and makes demand for a Jury trial. Plaintiff has been in the Joint custody of Kankakee County Sheriffs, United States Marshal Service, Federal Bureau of Prisons

1. Plaintiff has been in the custody of the United States Marshal Service since April 16, 2007 at which time Plaintiff was whare housed at Jerome Combs Detention Center. In the custody of the Kankakee County Sheriffs. Plaintiff was housed in general population with state inmates and was exposed to violence, threats and various unchecked medical conditions.

2. Plaintiff was transfered to MCC-Chicago on Sept. 6, 2007. After filing numerous Medical Grievances, Complaints, that went unanswered. The Plaintiff is presently in the care of the Federal Bureau of Prisons

3. Plaintiff has severe medical issues, and Physical disability And ailments

4 Plaintiff brought to the attention these issues to the Medical staff at Jerome Combs Detention Center, and the MCC-Chicago upon being admitted to each facility Plaintiff was screened.

5 All Defendants deliberately and were indiffrent to Plaintiffs Serious Medical And Physical needs Said Defendants failed to take remedial action after Serious Medical And Physical needs was brought Forth.

6 Defendants failed to provide adequate medical care in violation of Eighth, Fourteenth Amendent Rights, Due Process and Liberty Intrest Violations

7 As a result of these and more violations Plaintiff suffered pain, emotional distress, future medical complications are expected.

8 Delayed Medical Care by all parties in that the policy at the Bureau of Prisons, Kankakee County, is in adequate and caused injury to Plaintiff Plaintiff seeks a Monell Claim against BOP, and all claims against Kankakee County.

9 Federal Prisoner, Medical Care is in adequate as well as Kankakee County, Violated Plaintiffs Constitutional Rights of the Eighth and Fourteenth amendments. The Bureau of Prisons, Kankakee County, US Marshal Service, failed to take Remidial action after Known Serious Medical and Physical conditions were brought Forth

10 Marshel, Kankakee Policy and medical care
Standards are in violation of Constitutional Standards
and Federal, State Statues, Laws, And Regulations.

11 Marshel + Kankakee Policy and Medical Standards
are in Place Place and not Followed making
the policies Inadequate and worthless

12 Marshel Policy and Kakakee Policy has caused Injury
to plaintiff Great Pain And Suffering, mental Anguish,
and future harm and Death.

13 Pain Medication was Denied and Requests ignored
for Pain Medication from April till present.

14 Plaintiff was delayed medical Care with Great Pain
and suffering for Non Medical Purpose and No Penological
Justification.

15 Plaintiff experienced extreme pain and suffering
after being incompetently treated by Contractor of the
Government

16 Sick Calls Slips, Cop-outs, Grievances were ignored
at Kankakee, and MCC-Chicago Causing Plaintiff
unbearable Pain and suffering and Mental Anguish.

17 Letters to Chief Downey, Kankakee, Warden Wilson
MCC-Chicago and US Marshal Kim as/cop went ignored

18  Other Federal Prisoners have similar stories in Regards to lack of adequate medical care causing serious injuries, cronic conditions that cause pain and suffering, and mental anguish

19  Kankakee County, US Marshal Service has a history of Inmate ignored medical Needs And has shown a pattern of inadequate policy and treatments

20  Plaintiff has fear of worsening medical and physical conditions and even death causing severe Mental anguish. As a result of the eight amendment violations suffered by the hands of all Defendants

21  Plaintiff was treated unprofessionaly by all Defendants

22  All medical + Physical ailments have increased severly since my incenceration causing severe emotional distress.

23  US Marshal Service, Kankakee Sheriffs Department, Kankakee County, are Negligent in Allowing untrained, unlicensed, Correction al Officers to dispense Medications including insulin to inmates. In direct violation of Federal, and State Statues. The incompetence of the untrained, Licensed, Correctional Officers, has caused mistakes in dispensing of plaintiffs medication In addition to errenous dispensig of Plaintiffs Blood Pressure, And Diabotic Medication to another inmate

Curtis Smith. When mistakes in dispensing of medications was made, the mistake could not be immediatly remedyied due to the fact the Correctional Officers are unlicensed and untrained. Causing Plaintiff undue delay in receiving medications Such as days without proper medications. Causing the Plaintiff Illness, Pain, Emotional Stress and the possibility of Long term consequences

24 The US Marshal Service and The Federal Bureau of Prisons are Negligent allowing Defendant Doctor, Paul Harvey to dispense inadequate medications or none to treat his ailments or Pain

25 Since Plaintiff has been incarcerated in MCC-Chicago Plaintiff has been diagnosed with anemia due to inadequate medical care, and medicines

26 Plaintiff continues to be treated unprofessionaly by all Defendants

23 Defendants continue to make cruel and humilating remarks that results in dileberately indiffrent medical treatment.

The Plaintiff further alleges that all Defendants were

1 Negligent

2 Breached their Fiducary Duties

3 Committed Fraud

4 Medical Malpractice

5 Conspiracy

6 RICO

7 Intentional Inflication of Emotional Distress

8 Heinious Torture

Plaintiff observed incorrect medications in the pockets. Two Diabetic pills were missing + Replaced with Blood Pressure medications. This mistake could have been deadly. I advised office c/o Parnell who advised he knew nothing about medicines. That was not his Job!!! I went the whole weekend without Diabetic medications due to the unavailability of the Medical staff. I had severe headaches, vomiting and nausea. On June 29,30, 2007 4p.m Receipt of my 4pm medicine packets one pill was missing, High Blood Pressure Pill called Lopressor. C/o Brass witnessed the Act. Once again I went for two days without proper medications. I was Sick the both days head aches, eye pain. During my stay at Kan Kakee this happened again on July 30, 2007. On or About August 15, 2007 at 4pm my packet of Medicine two Blood Pressure, Two Diabetic Pills was given to Federal Inmate Curtis Smith, Curtis Smith, Does not Need these medications, He could have died. Further more, Plaintiff, did not receive his medications Kankakee County, Chief Downey, sheriff Bukowski, sheriff's Department, USMarshal Kim Wykap, US Marshal Service are all aware of the Negligence regarding the dispensing of medications to inmates. Correction officers are not Licensed or trained to dispense medications, yet all the Above allow this to continue, unchecked. Placing all inmates in Harms way. Nurse Debbie Mccall, without Authorization. She is prohibited by Law, upped the Plaintiff's Insulin units. Only A Physican or Assistant may do this. She once again caused me to be sick.

Plaintiff was Sent to Oaks Orthopedics, Bourbonnis, IL at which time he was Seen by Doctor Ellis. Doctor Ellis Administered cortizone shots to left shoulder + Both Hands. He ordered an MRI. Oaks Orthopedics Discriminated against Plaintiff when he was denied An MRI by Cindy Dae to his inmate status. Plaintiff suffered needlessly for three weeks when St Mary's Performed MRI, of his left shoulder. Results revealed impingement syndrom and torn rodator cuffs. Dr Ellis Recommended surgery on left shoulder + Both hands. Dr Ellis Prescribed the pain medication Vicodin for the Severe pain. DR Ellis recommended I see his Associate Doctor Cockcronon, who would perform the surgery. On August 8th, 2007 Plaintiff was taken to Oaks Orthopedic in order to be examined by Dr. Cockcronon, for surgery. Dr Cockcronon refused to examine the Plaintiff. When I requested to Speak with him he refused. I asked his Assistant why? She advised he does not examine inmates, and he would not talk with me. I was taken back to Detention Center. No follow up appt. was scheduled. To this pay (59) I have not had surgery. I continue to suffer weekly

Dalloer + ff—

Service was~~Negligent~~ GROSSLY Negligent when Smith was Warehoused at Kankakee. Marshal's Service was well aware of the Negligent Medical Care, and NO Mental HealthCare at Kankakee. Due to the numerous Lawsuits filed by other previously Warehoused Inmates. On or About APRIL 20, 2007 I was Scheduled to visit with a Physician. When Plaintiff was taken to Medical, he was told that ~~female~~ Kristy Patterson that would examine him was a Physician. Which was a ball face lie, in actuality she ~~was~~ is a Physcian's Assistant. On or about ~~May 30~~ 4/20/07, 2007 BloodLabs was drawn ~~due~~ to my severe medical health. Nurse Debbie attempted to start an intravenous line. She attempted eight times. She was Unsuccessful the pain was dreadful. Nurse Debbie MC ANTY smelled of Alcohol, I demanded she stop. Nurse Jean Flagole completed the task in one try. When I told her Nurse Debbie MCANTY, smelled of Alcohol and her eyes was bloodshot Nurse Jean Flagole Just laughed and stated "That's Nurse Debbie". On or About June 15, 2007 Test Results Revealed that Plaintiffs Kidney's were failing. The ~~female~~ Patterson Physicians Assistant Read the Results INCORRECTLY and advised the Kidney's are fine. Subsequently she left me on Two Medications that are adverse to the Kidneys, Two weeks letter when she Realized her error the PA took Plaintiff off the Two Medications. WAY to Late

Balen + Jum                    5 A
        over

Revised 5/2007

the conspiracy between parties Plaintiff was
left to suffer severe pain and did not
receive treatment. Once again violating the
Plaintiff's Right to Receive proper medical care.
On Sept 6, 2007 Plaintiff was transfered from
Kankakee, County Jail to MCC-chicago.
Kankakee, County Jail has a Policy that inmates
effects must be retrieved in thirty day from
the time of transfer including any Comissary that
was ordered. Plaintiff had thirty/Brand new books
Left at Kankakee C/O COKSY advise Plaintiff that he
Packed books and stored them. In addition 23+dollars
coorth of Commissary. I signed a Receipt that MS.
Kari J. Sweeney would pickup my effects within 30 day.
MS. Sweeney made three trips to Jerome Combs,
Detention Center in order to retrieve Plaintiffs effects.
MS. Sweeney never received Books or Comissary she
was told that books, Comissary could not be located.
Plaintiff sent letters return receipt to Chief Dowhey,
Sheriff Backowski, marshal wyckup. Plus numerous calls
from ms Sweeney that Plaintiffs effects were
missing, and that Plaintiff wanted his books Commissary
or to be reimbursed. Plaintiff or ms Sweeney
w allow h fr oor

5

has still not received a response. Plaintiff further requested that an Investigation be initiated as to the theft of Plaintiff's personal effects, STILL NO RESPONSE. Plaintiff finds that the theft of his property while in the custody of a Law Enforcement agency is ludicrous and that a cover up is going on. Once again Plaintiff's rights have been violated and the conspirators don't care. Plaintiff want full reimbursement for his property including gps + tolls plus damages. I further request that a true Investigation be iniated into the theft of the Vicodin

Since Sept. 6, 2007 Plaintiff has been housed at MCC-Chicago. Plaintiff's medical care continues to be negligent. Doctor Harvey, who is African American discriminates against Plaintiff due to his Race. Doctor Harvey, Provides better care and treatment toward African American, Inmates, then he does for Caucasian Inm Namely the Plaintiff. Plaintiff has been diagnosed as anemic, with High cholesterol. Doctor Harvey refuses to address these serious issues. In addition the Plaintiff has had surgery, in the past to Remove Basil cell Melonomas. Plaintiff now has growths that Doctor Harvey refuses to send Plaintiff to see a specialist. The lack of treatment could be fatal to the Plaintiff. In addition plaintiff is an Insulin dependent diabetic with a severe deformity to his Right foot + Ankle, + Toes. In addittion Plaintiff is missing one Blood vessel in his Right foot. Plaintiff has requested in writing + verbal on numerous occassions to be sent to a specialist for his foot condition. Doctor Harvey Refuses. Yet he send another Inmate who is African American to a specialist for Bunions. Plaintiff is at High risk for Amputation due to his deformity loss of Blood vessel, and Diabetes. Yet Doctor Harvey continues to discriminate against Plaintiff dde to Plaintiff's Race.

Wallace R. ----

Plaintiff has sent a request to Ms Lamping's requesting that Plaintiffs Medical care, be switched from Doctor, Harvey, to the other physcian on staff. In addition Plaintiff further advised Ms Lamping's Regarding Plaintiffs feeling his medical care is lacking. Furthermore, Plaintiff requested to see a physcian, regarding concerns about his medical condition, care, medicines, disability. Plaintiff was scheduled on Dec. 14, 2007 @ 1300hrs. Plaintiff was not even seen by a Physcian Assistant, but an unknow white male R.N. THE R.N was atemp who was nasty, unproffesional, sarcastic, and did not address Plaintiff's concerns. Furthermore, he advised Plaintiff that I don't care about you, you are A Con and "I will be going back to Levenworth, Prison, Tomrrow". He did take a stool sample, in order to check my anemic condition. He refused to provide in mate with results. Due to this the untreaty anemia I am constantly tired, and I sleep ALL the time. On or About Dec. 17, 2007 Plaintiff sent another Cop-out, request, to MS Lamping. The request was once again to visit with a physcian, in order to discuss my concerns regarding my health issues. In addition on Dec. 17 2007 I presented another Medical Request Form. my pleas are just ignored.

                    Wallace P.
                              5C

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

BEGINING IN OR AROUND October 17, 2007 PLAINTIFF SENT MEDICAL SICK CALL SLIPS TO THE MEDICAL STAFF. PLAINTIFF'S, SICK CALLS, ADVISED THAT PLAINTIFF WAS SUFFERING EXTREME CHEST PAINS, SHORTNESS OF BREATH. PLAINTIFF FURTHER ADVISED THAT HE HAD PREVIOUSLY SUFFERED CORONARY DISEASE. PLAINTIFF ADVISED THAT HE UNDERWENT A PRIOR ANGIOPLASTY PROCEDURE. RESULTING IN THE PLACEMENT OF THREE STENTS IN HIS ARTERIES. PLAINTIFF FURTHER ADVISED THAT HE SUFFERED FROM DIABETES AND HIGH BLOOD PRESSURE. ALL OF PLAINTIFFS REQUESTS WERE IGNORED. ON JANUARY 3, 2008 WHILE BEING EXAMINED BY DOCTOR, PAUL HARVEY, PLAINTIFF COMPLAINED OF SUFFERE CHEST PAIN, SHORTNESS OF BREATH. DOCTOR, HARVEY STATED "SMITH STOP FAKING" AND REFUSED TO ADDRESS THE SYMPTOMS. FROM JANUARY 3rd UNTIL JANUARY 11, 2008 PLAINTIEF CONTINUED TO COMPLAIN

4

Revised 5/2007

AND FILE MEDICAL CALL SLIPS THAT WENT IGNORED ON JANUARY 11, 2008 WHILE SPEAKING WITH CASE MANAGER, MS. MARTINEZ, I ADVISED HER THAT I WAS EXPERIENCING SEVERE CHEST PAINS, SHORTNESS OF BREATH. IMMEDIATELY, MS. MARTINEZ, PICKED UP THE PHONE AND CALLED MEDICAL. LT. CMDR. LAMPING ANSWERED THE PHONE. LT CMDR, LAMPING, WAS THEN APPRAISED OF THE PLAINTIFFS, MEDICAL CRISIS. LT CMDR. LAMPING WAS MORE CONCERNED AS TO WHY PLAINTIFF, DID NOT COME TO MEDICAL TO RECEIVE HIS INSULIN, THAT MORNING, INSTEAD OF THE CHRISIS AT HAND AFTER SOME VERBAL RANGLING LT CMDR LAMPING ADVISED MS MARTINEZ THAT PLAINTIFF COULD COME TO MEDICAL AT 1300 HRS. DOCTOR NOWAKOWSKI, EXAMINED PLAINTIFF AND SENT HIM TO HOSPITAL PLAINTIFF WAS TAKEN TO THONEK HOSPITAL CHICAGO, IL. FROM JANUARY 11 THRU JAN 16, TEST DONE AT THONEK REVEALED A SEVERELY CLOCKED ARTERY. ON JANUARY 18, 2008 PLAINTIFF WAS TRANSFERED TO SWEDISH COVENANT HOSPITAL, CHICAGO, IL. PLAINTIFF UNDERWENT ANGIOPLASTY TO UNCLOG ARTERIES, TWO STENTS NEED TO BE PLACED IN PLAINTIFFS ARTERIES. PLAINTIFF WAS NOT FAKING. ON JANUARY 18, 2008 PLAINTIFF RETURNED TO MCC-CHICAGO. DOCTOR, PAUL HARVEY, CONSULTED WITH PLAINTIFF REGARDING MEDICATIONS. PLAINTIFF ADVISED DOCTOR HARVEY ABOUT THE NEED FOR STOMACH MEDICATION DOCTOR HARVEY, ASSURED PLAINTIFF THAT HE WOULD BE RECEIVING STOMACH MEDICATION PLAINTIFF DID NOT RECEIVE MEDICATION FOR 48 HRS. CAUSING SEVERE STOMACH PAIN, VOMITING BLOOD, SEVERE EMOTIONAL STRESS, RIGHT ON THE HEELS OF HIS GOING

Revised 5/2007

AN ANGIOPLASTY. PLAINTIFF WAS UNABLE TO EAT FOR 48 HRS, DUE TO LACK OF STOMACH MEDICATIONS. PLAINTIFF THEN WAS UNABLE TO RECEIVE HIS REQUIRED INSULIN. BECAUSE PLAINTIFF DID NOT WANT HIS BLOOD SUGAR TO CRASH. LACK OF INSULIN CAUSED HEADACHES, MUSCLE CRAMPS AND ANXIETY

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Requests that the Court ORDER: MCC-Chicago, US Marshol Service, Federal Bureau of Prisons, to provide the following Surgury to Left Shoulder, Both Hands, Visit with Specialists For his Severe medical issues + Physical Disebilities. Proper Medications to ensure Plaintiffs Health. Three Million Dollars in damages. Order an Investigation into theft of personel Effects, Consisary, Prio Medications Any+ ALL Other Relief the Court Deems Fit

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of Dec, 20 07

Wallace R. Smith

(Signature of plaintiff or plaintiffs)

Wallace R Smith
(Print name)

18720-424
(I.D. Number)

Metropolitan Correctional Center
71 W. Van Buren ST.
Chicago, IL 60605
(Address)

6

Revised 5/2007