April 9, 2008

TO: Clerk of The Federal Court
United States District Court
For the Northern District of Illinois - Eastern Division

FROM: Wallace R. Smith #18720-424
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605

**FILED**
APR 14 2008
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: CASE #: 1:08-cv-00816
Wallace R. Smith - Plaintiff
v
Kankakee County Hospital District, et al. - Defendant
Judge: Manning

Dear Clerk:

On April 3, 2008, I sent a written correspondence to David G. Wix, Attorney at Law, at Baker & McKenzie, 130 E. Randolph, Chicago, IL 60601. Attorney Dix, was appointed to represent me in the case listed above.

I have a problem. On April 9, 2008 today. The plaintiff received his correspondence returned to the Metropolitan Correctional Center. The envelope was marked Return to Sender - ATTEMPTED - NOT KNOWN - UNABLE TO FORWARD. Therefore, the date needs to be extended, and a new attorney be appointed. In order to prepare my complaint in a timely and proper manner. Per the court's order and time table.

Regards,
Without Prejudice
Wallace R. Smith