# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 816 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Smith vs. Kankakee County Hospital Dist, et al. | | |

**DOCKET ENTRY TEXT**

The court received a letter dated April 9, 2008, from the plaintiff. The plaintiff states that he wrote to his recently appointed attorney, David Wix, but his letter was returned as undeliverable. The court trusts that counsel will be contacting his client very shortly. The court also notes that counsel's correct address is: David Wix, Baker & McKenzie, One Prudential Plaza, 130 East Randolph Drive, Chicago, Illinois 60601. Status hearing set to 6/3/2008 at 11:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|