# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 1:08-cv-00816

WALLACE R. SMITH,
Plaintiff,
v.
KANKAKEE COUNTY HOSPITAL DISTRICT, et al.,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WALLACE R. SMITH, Plaintiff

| | |
|---|---|
| **NAME (Type or print)** <br> David G. Wix | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> s/ David G. Wix | |
| **FIRM** <br> Baker & McKenzie LLP | |
| **STREET ADDRESS** <br> One Prudential Plaza, 130 E. Randolph Drive, Suite 3500 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6226391 | **TELEPHONE NUMBER** <br> 312-861-7520 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐