IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALLACE R. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>KANKAKEE COUNTY HOSPITAL DISTRICT, KANKAKEE COUNTY, SUE LECUYER, R.N., KANKAKEE COUNTY SHERIFF DEPT., TIMOTHY F. BAKOWSKI, Sheriff, CHIEF DOWNEY, CLYDE DAYHOFF, Supervisor, JEFFREY LONG, M.D., JEAN FLAGEDE, R.N., DEBBRA McCARTY, R.N., KRISTY PATTERSON, Physician Assistant, OAK ORTHOPEDIC, BOYNBOWS, CAREY ELLIS, M.D., CORONER, UNITED STATES MARSHALL SERVICE, KIM WYCKUP, U.S. MARSHAL, Northern District of Illinois, FEDERAL BUREAU PRISON,<br><br>Defendants. | Case No. 1:08-cv-00816<br><br>Judge Blanche M. Manning |

## MOTION FOR AN EXTENSION OF TIME

NOW COMES the Plaintiff, WALLACE R. SMITH, by his court-appointed counsel, David G. Wix, and for his Motion for an Extension of Time to file an Amended Complaint, states as follows:

1. On March 28, 2008, this Court granted plaintiff's *pro se* motion for counsel and appointed David G. Wix, Baker & McKenzie, One Prudential Plaza, 130 E. Randolph Drive, Chicago, Illinois, to represent plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. This Court dismissed plaintiff's *pro se* complaint without prejudice to file an amended complaint within 60

days of the date of the order, on or before May 27, 2008, if the amended complaint comports with appointed counsel's obligations under Rule 11 of the Federal Rule of Civil Procedure (a copy of this Court's March 27, 2008 Minute Order is attached as Exhibit A).

2. Appointed counsel has met with the plaintiff on two occasions, April 17 and 18, 2008, at the Metropolitan Correctional Center – Chicago ("MCC-Chicago") to discuss the factual background of plaintiff's complaint, to obtain plaintiff's documents and records, and to identify additional relevant documents and records that will be necessary to support plaintiff's claims.

3. Appointed counsel is still in the process of reviewing the documents and records provided by plaintiff and obtaining additional documents from the MCC-Chicago, Kankakee County Sheriff's Department, and Federal Bureau of Prisons, among others, as well as plaintiff's medical records from his treating physicians prior to his incarceration to determine whether the filing of an Amended Complaint would comport with appointed counsel's Rule 11 obligations. Accordingly, appointed counsel is requesting an additional 60 days in which to continue the investigation and to file an Amended Complaint, if viable.

4. The statute of limitations on any causes of action that would be raised in an Amended Complaint will not expire in the next 60 days.

WHEREFORE, for the foregoing reasons, plaintiff, through his appointed counsel, David G. Wix, respectfully requests that this Court enter an order extending the time in which to file an amended complaint for an additional 60 days from the date of this Court's order.

Dated: May 19, 2008

                                            WALLACE R. SMITH


                                    By: s / David G. Wix
                                            One of his Attorneys

Firm I.D. #28
David G. Wix
BAKER & McKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601
+1 312 861 8000

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>AUSA
>United States Attorney's Office (NDIL)
>219 South Dearborn Street
>Suite 500
>Chicago, IL 60604
>(312) 353-5300
>USAILN.ECFAUSA@usdoj.gov

>s/David G. Wix
>David G. Wix
>BAKER & McKENZIE LLP
>One Prudential Plaza, Suite 3500
>130 E. Randolph Drive
>Chicago, IL 60601
>Phone:  +1 312 861 8000
>Facsimile:  +1 312 861 2899

CHIDMS1/2621118.1

4