IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WALLACE R. SMITH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KANKAKEE COUNTY HOSPITAL DISTRICT, KANKAKEE COUNTY, SUE LECUYER, R.N., KANKAKEE COUNTY SHERIFF DEPT., TIMOTHY F. BAKOWSKI, Sheriff, CHIEF DOWNEY, CLYDE DAYHOFF, Supervisor, JEFFREY LONG, M.D., JEAN FLAGEDE, R.N., DEBBRA McCARTY, R.N., KRISTY PATTERSON, Physician Assistant, OAK ORTHOPEDIC, BOYNBOWS, CAREY ELLIS, M.D., CORONER, UNITED STATES MARSHALL SERVICE, KIM WYCKUP, U.S. MARSHAL, Northern District of Illinois, FEDERAL BUREAU PRISON,**<br><br>**Defendants.** | Case No. 1:08-cv-00816<br><br>Judge Blanche M. Manning |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on the 22nd day of May, 2008, at 11:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Blanche M. Manning in Room 2125, or any Judge sitting in her place or stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division and shall then and there present: Motion for an Extension of Time, a copy of which is attached hereto.

Dated: May 19, 2008

s/ David G. Wix<br>
David G. Wix<br>
<i>One of the Attorneys for Plaintiff</i>

FIRM ID #28
David G. Wix
**BAKER & McKENZIE LLP**
One Prudential Plaza, Suite 3500
130 E. Randolph Drive
Chicago, IL 60601
+1 312 861 8000
david.g.wix@bakernet.com

## CERTIFICATE OF SERVICE
## FOR CASE 1:08-cv-00816

I hereby certify that on May 19, 2008, I electronically filed the foregoing *Notice of Motion* and *Motion for an Extension of Time* with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**AUSA**
**United States Attorney's Office (NDIL)**
**219 South Dearborn Street**
**Suite 500**
**Chicago, IL 60604**
**(312) 353-5300**
**USAILN.ECFAUSA@usdoj.gov**

                                       s/ David G. Wix
                                       David G. Wix
                                       Attorney for Plaintiff,
                                       WALLACE R. SMITH
                                       BAKER & McKENZIE LLP
                                       130 E. Randolph Drive, Suite 3500
                                       Chicago, IL  60601
                                       Phone: +1 312-861-8000
                                       Facsimile: +1 312-861-2899
                                       E-mail:  david.g.wix@bakernet.com

CHIDMS1/2621595.1