## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Wallace R Smith

                        Plaintiff,

v.                                             Case No.: 1:08−cv−00816

                                                     Honorable Blanche M. Manning

Kankakee County Hospital Dist, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 6/19/2008. Plaintiff failed to appear. Status hearing set for 7/1/2008 at 11:00 AM. If plaintiff's counsel fails to appear at the next hearing, this case will be dismissed for want of prosecution.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.